[No. 52557-3-I.   Division One.   June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. AMIR CLYDE SULEIMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-00339-1, Harry J. McCarthy, J., entered June 2, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52615-4-I.   Division One.   June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-07412-6, Richard A. Jones, J., entered May 12, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52618-9-I.   Division One.   June 1, 2004.]

GLEN L. WALKER, *Appellant*, v. JORDANNE VLCHECK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-25877-0, Jay V. White, J., entered June 26, 2003. *Reversed* by unpublished per curiam opinion.

[No. 52661-8-I.   Division One.   June 1, 2004.]

HWY 9 SHOPPING CENTER, L.L.C., *Respondent*, v. PUNUEL, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-05967-4, Anita L. Farris, J., entered June 20, 2003. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox, C.J., and Schindler, J.